Case: **2:26–cv–02323**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **3/25/2026**
Description: **Ogburn v. FCI Memphis Warden et al**